EDWARD DOBKIN v. AMERICAN AUTOMOBILE INSURANCE ASSN., et al.
155 So. 925.
Division B.
Decision Filed June 25, 1934.

*Ray Selden,* for Plaintiff in Error;
*E. W. Davis, R. C. Davis, Wallace E. Davis,* and *Waller & Pepper,* for Defendants in Error.

PER CURIAM. — The transcript of the record, and the briefs and arguments of counsel for the respective parties, having been duly considered, and no error having been made to appear, the judgment of the court below is hereby Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur. TERRELL, J., concurs in the decision and judgment.